# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

GARNETT ROAD BAPTIST CHURCH,

Plaintiff,

vs.

GUIDEONE MUTUAL INSURANCE
COMPANY,

Defendant.

| | |
|---|---|
| Case No.: | 19-CV-286-GKF-JFJ |
| Proceeding: | Telephone Status Hearing |
| Date: | 12/14/2020 |
| Time: | 3:04 p.m. – 3:14 p.m. |

**MINUTE SHEET**

Gregory K. Frizzell, U.S. District Judge          K. Perkins, Deputy Clerk          Brian Neil, Reporter

Counsel for Plaintiff:  Ben Doyle, Justin Meek

Counsel for Defendant: Greg Givens, Stephanie Khoury

**Minutes:**

Case called for Status Conference and counsel present via phone.  Judge advised parties of alternative of proceeding with non-jury trial.  Parties instructed to speak with their clients and advise Karen Perkins, Courtroom Deputy, of their decision to proceed with jury trial or non-jury trial by **12/28/2020**.